UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PRIMERICA LIFE INSURANCE
COMPANY, a foreign corporation

    Plaintiff,

v.                                  Case No: 5:17-cv-330-Oc-PRL

ELIZABETH M. BRASWELL,
KIMBERLY F. HAMILTON, CHERYL
L. LARSON, LARRY A. MYERS, JR. ,
DENNIS S. MYERS, JANINE A.
MYERS and LARRY A. MYERS, JR.

    Defendants.

## ORDER

This case is an interpleader action under Fed. R. Civ. P. 22 and 28 U.S.C. § 1335 involving a dispute among adverse claimants regarding a life insurance policy for $50,000 on the life of decedent Larry A. Myers. Plaintiff, Primerica Life Insurance Co. ("Primerica"), previously deposited the disputed policy funds in the amount of $51,219.51 into the Court's registry. (Doc. 59). Accordingly, Plaintiff was discharged from this action on December 12, 2017. (Doc. 60).

The remaining parties (Elizabeth Braswell, Kimberly Hamilton, Cheryl Lawson, Larry Myers, Jr., Dennis Myers, and Janine Myers) have now filed a Stipulated Motion for Distribution of Funds Held in Court Registry. (Doc. 63). The parties recite that they stipulate to an order authorizing and directing the Clerk to disburse the Proceeds to fund a settlement between the Defendants.

Accordingly, upon due consideration, the parties' stipulated motion for distribution of funds held in Court's registry (Doc. 63) is **GRANTED**. The Clerk is **DIRECTED** to disburse the policy funds in the amount of $51,219.51 held in the Court's registry as follows:

   a. $20,000.00 to Defendants Elizabeth Braswell, Kimberly Hamilton, Cheryl Larson, Larry Myers, Jr., and Dennis Myers, by check payable to Gilligan, Gooding, Franjola & Batsel, P.A., 1531 SE 36th Avenue, Ocala, 34471; and

   b. The balance of the funds to Defendant Janine Myers by check payable to The Law Office of Robert Eckard & Associates, P.A., 3110 Alternate U.S. 19 North, Palm Harbor, FL 34683.

Further, as the Court has been advised of the parties' settlement, this action is hereby **DISMISSED** without prejudice, and subject to the right of the parties, within 60 days of the date of this Order, to submit a stipulated form of final order or judgment should they so choose, or for any party to move to reopen the action, upon good cause shown. All pending motions, if any, are denied as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Ocala, Florida on April 2, 2018.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties